IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE HERSHEY COMPANY<br><br>and<br><br>HERSHEY CHOCOLATE &<br>CONFECTIONERY CORPORATION<br><br>Plaintiffs,<br><br>v.<br><br>MARS, INCORPORATED,<br><br>Defendant. | No.: 1:10-cv-02417-SHR |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), The Hershey Company, Hershey Chocolate & Confectionery Corporation and Mars, Incorporated (collectively, the "Parties") hereby stipulate to dismiss with prejudice all claims asserted in this action, without costs to either Party, including attorneys' fees.

**The Hershey Company and
Hershey Chocolate and Confectionery Corporation**

By: /s/ Harvey Freedenberg
Harvey Freedenberg
Mcnees Wallace & Nurick LLC
100 Pine Street
P.O. Box 1166
Harrisburg, PA 17108-1166
Tel: (717) 237-5267   Fax: (717) 237-5300

Thomas A. Smart
Paul C. Llewellyn
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022-3598
pllewellyn@kayescholer.com
Tel: (212) 836-7828   Fax: (212) 836-6463

*Attorneys for The Hershey Company and
Hershey Chocolate and Confectionery Corporation*

**Mars, Incorporated**

By /s/ Michael A. Grow
Michael A. Grow VA Bar No. 15021
Alec P. Rosenberg VA Bar No. 47352
Cristina A. Carvalho (*admitted pro hac vice*)
Arent Fox LLP
1050 Connecticut Ave, NW
Washington, DC 20036-5339
rosenberg.alec@arentfox.com
grow.michael@arentfox.com
Tel: (202) 857-6000   Fax: (202) 857-6395
*Attorneys for Mars, Incorporated*